AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

RECEIVED BY MAIL
SEP 01 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
for the

M Hari
_Plaintiff_

v.

Joel Smith et al.
_Defendant_

Civil Action No. 20cv1455 ECT/TNL

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Tony Childress

_(Name of person to whom this subpoena is directed)_

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All emails, memoranda or other documents relating to the interception of phone calls or mail to or from former inmate Michael Hari. All logs of copied mail or phone calls. Recordings of any phone call to 217-373-0666, 309-781-7891, or 612-664-5858. All copied mail

| Place: Michael Hari 26749 13880 Business Centr D Suite 200 Elk River MN 55330 | Date and Time: Within 14 days of service |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 6/9/21

KATE M. FOGARTY
CLERK OF COURT

_Signature of Clerk or Deputy Clerk_          OR          _Attorney's signature_

SCANNED
SEP 01 2021
U.S. DISTRICT COURT ST. PAUL

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Michael Hari, who issues or requests this subpoena, are:

Michael Hari 26749 / 13880 Business Centr Drie NW / Elk River MN 55330

Notice to the person who issues or requests this subpoena

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Tony Childress, Livingston County Sheriff on *(date)* 6/19/2021.

☐ I served the subpoena by delivering a copy to the named person as follows: Delivered in person to sheriff's Office at 844 West Lincoln St Pontiac, IL
on *(date)* 6/21/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/21/2021

_____
Server's signature

MICHAEL L. HARI
Printed name and title

112N 1900E Rd, PAXTON, IL 60957
Server's address

Additional information regarding attempted service, etc.: